UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED-ROSE 2 FUND, on behalf of itself and all similarly situated persons,<br><br>Plaintiffs,<br><br>- against -<br><br>MILLENNIUM GLOBAL INVESTMENTS, LTD*., et al.,*<br><br>Defendants. | Civil. Action No. 12-cv-3835-PAC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael G. Bongiorno of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, hereby appears on behalf of Defendant GlobeOp Financial Services Ltd. in the above-captioned action.  I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, NY
August 27, 2012

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ Michael G. Bongiorno
Michael G. Bongiorno
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.:(212) 230-8800
Fax: (212) 230-8888
Email: michael.bongiorno@wilmerhale.com

*Counsel for Defendant GlobeOp Financial Services Ltd.*