**ZAMANSKY & ASSOCIATES, LLC**
Attorneys at Law
50 Broadway - 32nd Floor
New York, New York 10004
Telephone (212) 742-1414
Facsimile (212) 742-1177
E-Mail: JAKE@ZAMANSKY.COM
Website: www.Zamansky.com

Jacob H. Zamansky
Edward H. Glenn, Jr.
Kevin D. Galbraith
August M. Iorio

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-12

August 28, 2012

**HAND DELIVERED**

Honorable Paul A. Crotty
United States District Judge
United States District Court – SDNY
500 Pearl Street
New York, NY 10007

*[Handwritten endorsement: The complaint, indictment and arrest warrant in USA v. Balboa, 12 CRM 196 (PAC) are not sealed, and are parts of the public file (see Docket 3 in 12CR196). Plaintiff is directed to file a redacted version for ECF and an unredacted copy to be filed under seal. So ordered. Paul Crotty USDJ 8/29/2012]*

Re: Marylebone PCC Limited – Rose 2 Fund, et al.
v. Millennium Global Investments LTD., et al.
Civil Action No. 12-CV-3835 (PAC) (SDNY)
REQUEST TO FILE COMPLAINT UNDER SEAL

Dear Judge Crotty:

I represent the plaintiff in the above-captioned proposed class action. Pursuant to the Southern District of New York's Sealed Records Filing Instructions, I request permission to file our forthcoming First Amended Class Action Complaint under seal.

Pursuant to a stipulation among the parties and approved by this court, see D.I. 24, the Plaintiff anticipates filing an amended complaint this Friday, August 31, 2012. In addition to adding new parties and counts, we anticipate adding significant detail which one or more Defendants may consider confidential. In particular:

1. We anticipate adding substantial detail alleged under oath in the Sealed Complaint filed in related criminal case *United States v. Balboa*, 11-MAG-3038 (SDNY) (PAC). We obtained a publicly available copy of the criminal complaint from the website maintained by KPMG Advisory Limited in Bermuda ("KPMG") on behalf of the Millennium Global Emerging Credit Fund, currently in liquidation. However, the complaint appears to remain under seal in this Court.

2. We anticipate adding new facts obtained from purportedly confidential documents provided to investors by one or more Defendants.

3. We anticipate adding new facts obtained from investor updates provided by KPMG which KPMG has asked be kept confidential.

*MEMO ENDORSED*

Hon. Paul A. Crotty, USDJ
August 28, 2012
Page 2

      We anticipate that one or more Defendants may wish to keep some of the newly added facts confidential. I therefore propose 1) to file Friday's complaint under seal, 2) to provide a PDF copy via email to counsel for Defendants, and 3) to give counsel time to review and present arguments to Your Honor for keeping the complaint under seal and/or proposing redactions.

      Respectfully Submitted,

      Jacob H. Zamansky
      Counsel for Plaintiff and Proposed
      Interim Co-Lead Counsel

JHZ:ias
Enclosures

cc: All Parties