UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-17-12

---

MARYLEBONE PCC LIMITED – ROSE 2 FUND,
on behalf of itself and all similarly
situated persons,

      Plaintiff,

vs.

MILLENNIUM GLOBAL INVESTMENTS LTD.,
MILLENNIUM ASSET MANAGEMENT LTD.,
MICHAEL R. BALBOA, GLOBEOP FINANCIAL
SERVICES LTD., BCP SECURITIES LLC and XYZ
CORP.,
      Defendants.

Case No. 12-CV-3835 (PAC)

---

### NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)

PLEASE TAKE NOTICE that Plaintiff Marylebone PCC Limited – Rose 2 Fund ("Plaintiff") will move this Court on a date and time as may be designated by the Court, at 500 Pearl Street, New York, New York, for an order appointing Zamansky & Associates LLC and Stewarts Law US LLP as interim class counsel pursuant to Fed. R. Civ. P. 23(g). In support of this Motion, Plaintiff submits a memorandum of law with biographies of the Firms as exhibits. Plaintiff further submits a proposed order via email to the Clerk of Court pursuant to Local Civil Rule 77.1 and SDNY Electronic Case Filing Instruction 18.4.

*September 17, 2012*

*The application for the appointment of interim class counsel is denied. If anything, it is very premature. The Government would not accept requests for interim counsel. The government's authority to prosecute is non-delegable. Similarly, the SEC has not appointed anyone here. Other than this class action, there are no other civil complaints. Nothing prevents plaintiff's counsel from taking whatever action it deems appropriate, but plaintiff has begun to suggest that counsel should be designated as interim class counsel.*

*So ordered.*
*Paul Crotty*
*USDJ*