10/22/2012 2:21:09 PM          Unay, Sevil          +1 212-589-4291          Page 3

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARYLEBONE PCC LIMITED—ROSE 2
FUND ON BEHALF OF ITSELF AND
ALL SIMILARLY SITUATED PERSONS,

    Plaintiff,

vs.

MILLENNIUM GLOBAL
INVESTMENTS, LTD.; MILLENNIUM
ASSET MANAGEMENT, LTD.;
MICHAEL R. BALBOA; GLOBEOP
FINANCIAL SERVICES, LTD.; BCP
SECURITIES LLC; XYZ CORP.

    Defendants.

Case No. 1:12-CV-03835-PAC

**STIPULATION AND PROPOSED ORDER**

## STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT BCP SECURITIES, LLC TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

WHEREAS Plaintiff Marylebone PCC Limited – Rose 2 Fund filed its Complaint on or about May 14, 2012;

WHEREAS Defendants Millennium Global Investments Limited and Millennium Asset Management Limited (together, "Millennium"), GlobeOp Financial Services, Ltd. ("GlobeOp"), and BCP Securities LLC ("BCP") (collectively, "Defendants") agreed to answer, move, or otherwise respond to the Complaint on or before July 31, 2012, pursuant to a court-ordered stipulation among the parties;

WHEREAS on July 25, 2012, Plaintiff and Defendants Millennium, GlobeOp, and BCP signed a Stipulation Extending Time for Defendants to Answer, Move, or Otherwise Respond to the Complaint to no later than November 2, 2012;

WHEREAS Plaintiff filed an Amended Complaint on August 31, 2012; and

WHEREAS this is BCP's first request for adjournment of the time to respond to the Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that:

(1) Defendant BCP shall have up to and including November 21, 2012, to answer, move, or otherwise respond to the Amended Complaint; and

(2) This Stipulation and Proposed Order is being filed for scheduling purposes, does not seek any relief from the Court, and does not waive any rights or defenses (including but not limited to personal jurisdiction defenses) that Defendant BCP may have with respect to the Complaint or Amended Complaint.

Dated: New York, New York
       October 22, 2012

ZAMANSKY & ASSOCIATES LLC

_____
Jacob H. Zamansky
jake@zamansky.com
Zamansky & Associates LLC
50 Broadway, 32nd Floor
New York, New York 10004
Telephone: (212) 742-1414
Fax: (212) 742-1177

*Attorneys for Plaintiff*

BAKER & HOSTETLER LLP

_____
Marc D. Powers
mpowers@bakerlaw.com
Mark A. Kornfeld
mkornfeld@bakerlaw.com
Deborah H. Renner
drenner@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Defendant BCP Securities LLC*

SO ORDERED, this ___25th___ day of October, 2012

_____
The Honorable Paul A. Crotty
United States District Judge