**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARYLEBONE PCC LIMITED-ROSE 2 FUND, on behalf of itself and all similarly situated persons,<br><br>　　　　　Plaintiffs,<br><br>　- against -<br><br>MILLENNIUM GLOBAL INVESTMENTS, LTD.*, et al.,*<br><br>　　　　　Defendants. | Civil. Action No. 12-cv-3835-PAC<br><br>**<u>NOTICE OF APPEARANCE</u>** |

　　　　PLEASE TAKE NOTICE that Charles C. Platt of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, hereby appears on behalf of Defendants GlobeOp Financial Services LLC and SS&C Technologies, Inc. in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, NY
　　　November 2, 2012

WILMER CUTLER PICKERING
　HALE AND DORR LLP

By:<u>/s/ Charles C. Platt</u>
　　Charles C. Platt
　　7 World Trade Center
　　250 Greenwich Street
　　New York, NY 10007
　　Tel.:(212) 230-8800
　　Fax: (212) 230-8888
　　Email: charles.platt@wilmerhale.com

*Counsel for Defendants GlobeOp Financial Services LLC, GlobeOp Financial Services Ltd., and SS&C Technologies, Inc.*