**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARYLEBONE PCC LIMITED-ROSE 2 FUND, on behalf of itself and all similarly situated persons, <br><br> Plaintiffs, <br><br> - against - <br><br> MILLENNIUM GLOBAL INVESTMENTS, LTD*., et al.,* <br><br> Defendants. | Civil. Action No. 12-cv-3835-PAC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael G. Bongiorno of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, hereby appears on behalf of Defendants GlobeOp Financial Services LLC and SS&C Technologies, Inc. in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, NY
November 2, 2012

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:/s/ Michael G. Bongiorno
   Michael G. Bongiorno
   7 World Trade Center
   250 Greenwich Street
   New York, NY 10007
   Tel.:(212) 230-8800
   Fax: (212) 230-8888
   Email: michael.bongiorno@wilmerhale.com

*Counsel for Defendants GlobeOp Financial Services LLC, GlobeOp Financial Services Ltd., and SS&C Technologies, Inc.*