UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED-ROSE 2 FUND, on behalf of itself and all similarly situated persons,<br><br>　　　　　　　Plaintiffs,<br><br>　- against -<br><br>MILLENNIUM GLOBAL INVESTMENTS, LTD*., et al.,*<br><br>　　　　　　　Defendants. | Civil. Action No. 12-cv-3835-PAC<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that David Zetlin-Jones of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, hereby appears on behalf of Defendants GlobeOp Financial Services LLC and SS&C Technologies, Inc. in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, NY
　　　November 2, 2012

WILMER CUTLER PICKERING
　HALE AND DORR LLP

By:/s/ David Zetlin-Jones
　　David Zetlin-Jones
　　7 World Trade Center
　　250 Greenwich Street
　　New York, NY 10007
　　Tel.:(212) 230-8800
　　Fax: (212) 230-8888
　　Email: david.zetlin-jones@wilmerhale.com

*Counsel for Defendants GlobeOp Financial Services LLC, GlobeOp Financial Services Ltd., and SS&C Technologies, Inc.*