Crotty x/s

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARYLEBONE PCC LIMITED—ROSE 2
FUND ON BEHALF OF ITSELF AND ALL
SIMILARLY SITUATED PERSONS,

        Plaintiff,

vs.

MILLENNIUM GLOBAL INVESTMENTS,
LTD.; MILLENNIUM ASSET
MANAGEMENT, LTD.; MICHAEL R.
BALBOA; GLOBEOP FINANCIAL
SERVICES, LTD.; BCP SECURITIES LLC;
XYZ CORP.

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-12
```

Case No. 1:12-CV-03835-PAC

STIPULATION AND ~~PROPOSED~~ *PM* ORDER

## STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR DEFENDANT BCP SECURITIES LLC TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

**WHEREAS** Plaintiff Marylebone PCC Limited – Rose 2 Fund ("Plaintiff") filed its Complaint on or about May 14, 2012;

**WHEREAS** Defendants Millennium Global Investments Limited and Millennium Asset Management Limited (together, "Millennium"), GlobeOp Financial Services, Ltd. ("GlobeOp"), and BCP Securities LLC ("BCP") (collectively, "Defendants") agreed to answer, move, or otherwise respond to the Complaint on or before July 31, 2012, pursuant to a court-ordered stipulation among the parties;

**WHEREAS** on July 25, 2012, Plaintiff and Defendants Millennium, GlobeOp, and BCP signed a Stipulation Extending Time for Defendants to Answer, Move, or Otherwise Respond to the Complaint to no later than November 2, 2012;

**WHEREAS** Plaintiff filed an amended complaint on August 31, 2012 (the "Amended Complaint");

**WHEREAS** on October 22, 2012, Plaintiff and BCP signed a Stipulation Extending Time for BCP to Answer, Move, or Otherwise Respond to the Amended Complaint no later than November 21, 2012;

**WHEREAS** BCP and Plaintiff are engaged in settlement negotiations; and

**WHEREAS** this is BCP's second request for adjournment of the time to respond to the Amended Complaint.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, that:

(1)   Defendant BCP shall have up to and including January 31, 2013 to answer, move, or otherwise respond to the Amended Complaint; and

(2) This Stipulation and Proposed Order is being filed for scheduling purposes, does not seek any relief from the Court, and does not waive any rights or defenses (including but not limited to personal jurisdiction defenses) that Defendant BCP may have with respect to the Complaint or Amended Complaint.

Dated: New York, New York
November 19, 2012

**ZAMANSKY & ASSOCIATES LLC**

Jacob H. Zamansky
jake@zamansky.com
Zamansky & Associates LLC
50 Broadway, 32nd Floor
New York, New York 10004
Telephone: (212) 742-1414
Fax: (212)742-1177

*Attorneys for Plaintiff*

**BAKER & HOSTETLER LLP**

Marc D. Powers
mpowers@bakerlaw.com
Mark A. Kornfeld
mkornfeld@bakerlaw.com
Deborah H. Renner
drenner@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for BCP Securities LLC*

SO ORDERED, this ___20 N___ day of November, 2012

_____
The Honorable Paul A. Crotty
United States District Judge