UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARYLEBONE PCC LIMITED—ROSE 2 FUND on Behalf of Itself and All Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM GLOBAL INVESTMENTS LTD., MILLENNIUM ASSET MANAGEMENT LTD., MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES LLC, GLOBEOP FINANCIAL SERVICES LTD., SS&C TECHNOLOGIES, INC., BCP SECURITIES LLC and XYZ CORP.<br><br>Defendants. | Case No. 12-CV-3835 (PAC) |

---

**DECLARATION OF KEVIN D. GALBRAITH IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT BCP SECURITIES LLC**

Kevin D. Galbraith, Esq., hereby declares as follows:

1. I am licensed to practice law in the State of New York, and I am an attorney with the law firm of Zamansky & Associates, LLC, counsel for Plaintiff in the above-captioned action. I submit this Declaration in support of Plaintiff's Motion for Preliminary Approval of Settlement with Defendant BCP Securities LLC.

2. Attached as Exhibit 1 is a true and correct copy of the Settlement and Release Agreement dated December 19, 2012 between Plaintiff Marylebone PCC Limited—Rose 2 Fund ("Plaintiff" or "Marylebone") and Defendant BCP Securities LLC (the "BCP Settlement

Agreement"). Included in Exhibit 1 are the following attachments to the BCP Settlement Agreement:

> A – Proposed Order Preliminarily Approving Settlement and Providing for Notice of Proposed Settlement
>
> A-1 – Proposed Notice
>
> A-2 – Proposed Summary Notice
>
> A-3 – Proposed Claim Form
>
> B – Proposed Final Order Approving Settlement

3. Attached as Exhibit 2 is the Firm Biography of Zamansky & Associates.

4. Attached as Exhibit 3 is the Firm Biography of Stewarts Law.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2012
New York, New York

_____
Kevin D. Galbraith, Esq.