UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED – ROSE 2 FUND, on behalf of itself and all similarly situated persons,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MILLENNIUM GLOBAL INVESTMENTS LTD., MILLENNIUM ASSET MANAGEMENT LTD., MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES LTD., GLOBEOP FINANCIAL SERVICES LLC, SS&C TECHNOLOGIES, INC., BCP SECURITIES LLC and XYZ CORP.,<br><br>　　　　Defendants. | Case No. 12-CV-3835 (PAC) |

## CERTIFICATE OF SERVICE

I, David A. Straite, an attorney admitted to practice before this Court and co-counsel for Plaintiff Marylebone PCC Limited – Rose 2 Fund in the above-captioned action, hereby certify that I caused the following documents to be served on Defendant Michael R. Balboa at 251 Altessa Blvd., Melville, NY, 11747 via overnight delivery service on December 21, 2012.

　　　1.　　Plaintiff's Notice of Motion for Preliminary Approval of Settlement with Defendant BCP Securities LLC (Dkt. 42);

　　　2.　　Plaintiff's Memorandum of Law in Support of Motion for Preliminary Approval of Settlement with Defendant BCP Securities LLC (Dkt. 43); and

6644-1

3. Declaration of Kevin D. Galbraith in Support of Plaintiff's Motion for Preliminary Approval of Settlement with Defendant BCP Securities LLC (Dkt. 44), including Exhibits 1 through 3.

In addition, I caused the same documents to be sent via overnight delivery service to Joseph Tacopina, counsel for Defendant Balboa in two related actions in this Court in which Balboa is a defendant, at Tacopina, Siegel & Turano, 275 Madison Ave., New York, NY, 10016.

Dated: December 21, 2012        By:        */s/ David A. Straite*

**STEWARTS LAW US LLP**
David A. Straite
535 Fifth Avenue, 4th Floor
New York, New York 10017
Tel.: (212) 897-3730
Fax: (212) 897-3733
*dstraite@stewartslaw.com*

*Co-Counsel for Plaintiff and*
*Proposed Co-Class Counsel*

6644-1