UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARYLEBONE PCC LIMITED—ROSE 2
FUND on behalf of itself and all similarly
situated persons,

    Plaintiff,

vs.

MILLENNIUM GLOBAL INVESTMENTS,
LTD.; MILLENNIUM ASSET
MANAGEMENT, LTD.; MICHAEL R.
BALBOA; GLOBEOP FINANCIAL
SERVICES, LTD.; GLOBEOP FINANCIAL
SERVICES LLC; SS&C TECHNOLOGIES,
INC.; BCP SECURITIES LLC and XYZ
CORP.

    Defendants.

Case No. 1:12-CV-03835-PAC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-3-13

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR NON-SETTLING DEFENDANTS TO OBJECT OR OTHERWISE RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT BCP SECURITIES LLC

WHEREAS Plaintiff Marylebone PCC Limited – Rose 2 Fund filed a Motion for Preliminary Approval of Settlement with Defendant BCP Securities LLC on December 20, 2012 (the "Motion");

WHEREAS the current deadline for Defendants to respond to the Motion under Local Rule 6.1(b) and Rule 6(d) of the Federal Rules of Civil Procedure is January 7, 2013;

WHEREAS Defendants Millennium Global Investments Limited, Millennium Asset Management Limited, GlobeOp Financial Services LLC, GlobeOp Financial Services Ltd., and

6654-1

SS&C Technologies, Inc. (collectively, the "Non-Settling Defendants")[1] are evaluating whether to object or otherwise respond to the Motion;

WHEREAS counsel for Plaintiff consents to extending the deadline for the Non-Settling Defendants to object or otherwise respond to the Motion until January 17, 2013;

WHEREAS this is the Non-Settling Defendants' first request for adjournment of the time to respond to the Motion;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties:

(1) That the Non-Settling Defendants shall have up to and including January 17, 2013 to object or otherwise respond to the Motion.

Dated: December 21, 2012

MARYLEBONE PCC LIMITED
- ROSE 2 FUND

By its attorney,

_____
Kevin D. Galbraith
Zamansky & Associates LLC
50 Broadway, 32nd Floor
New York, New York 10004
Tel.: 212.742.1414
Fax: 212 742 1177
kevin@zamansky.com

MILLENNIUM GLOBAL INVESTMENTS
LIMITED, MILLENNIUM ASSET
MANAGEMENT LIMITED

By their attorneys,

_____
Deborah S. Birnbach
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
dbirnbach@goodwinprocter.com

The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 813-8800
Fax: (212) 355-3333

---

[1] Non-Settling Defendant Michael Balboa is not a party to this stipulation.

6654-1

GLOBEOP FINANCIAL SERVICES LLC,
GLOBEOP FINANCIAL SERVICES LTD.,
SS&C TECHNOLOGIES, INC.

By their attorney,

*Michael G. Bongiorno /at*

Michael G. Bongiorno
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
*michael.bongiorno@wilmerhale.com*

SO ORDERED, this __3d__ day of __January__, ~~2012~~ 2013.

_____
The Honorable Paul A. Crotty
United States District Judge

6654-1

# GOODWIN | PROCTER

Deborah S. Birnbach
617.570.1339
DBirnbach@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T 617.570.1000
F 617.523.1231

December 21, 2012

**VIA E-MAIL (CROTTYNYSDCHAMBERS@NYSD.USCOURTS.GOV)**

The Honorable Paul A. Crotty
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re: *Marylebone PCC Limited – Rose 2 Fund v. Millennium Global Investments Ltd., et al.*, Civil Action No. 12-CV-3835 (PAC) – Non-Settling Defendants' Request for Extension

Dear Judge Crotty:

We represent Defendants Millennium Global Investments Limited ("MGIL") and Millennium Asset Management Limited ("MAML") in the above-referenced action. On behalf of MGIL, MAML, GlobeOp Financial Services LLC, GlobeOp Financial Services Ltd., and SS&C Technologies, Inc. (collectively, the "Non-Settling Defendants"), enclosed for submission and signature please find a Stipulation and Order Extending Time for Non-Settling Defendants to Object or Otherwise Respond to Plaintiff Motion for Preliminary Approval of Settlement with Defendant BCP Securities LLC (the "Motion").

Plaintiff filed the Motion on December 20, 2012, and the current deadline for the Non-Settling Defendants to respond, under Local Rule 6.1(b) and Rule 6(d) of the Federal Rules of Civil Procedure, is January 7, 2013. The Non-Settling Defendants are evaluating whether to object or otherwise respond to the Motion, and respectfully request to extend the deadline to January 17, 2013. Plaintiff consents to this requested extension. This is the first extension sought by the Non-Settling Defendants.

Respectfully submitted,

Deborah S. Birnbach /at

Deborah S. Birnbach

Enclosure

GOODWIN | PROCTER

The Honorable Paul A. Crotty
December 21, 2012
Page 2

cc: Jacob H. Zamansky, Esq. (by email to jake@zamansky.com)
Edward H. Glenn, Jr., Esq. (by email to eglenn@zamansky.com)
Kevin D. Galbraith, Esq. (by email to kevin@zamansky.com)
David A. Straite, Esq. (by email to dstraite@stewartslaw.com)
Michele S. Carino, Esq. (by email to mcarino@stewartslaw.com)
Ralph N. Sianni, Esq. (by email to rsianni@stewartslaw.com)
Marc D. Powers, Esq. (by email to mpowers@bakerlaw.com)
Mark A. Kornfeld, Esq. (by email to mkornfeld@bakerlaw.com)
Deborah H. Renner, Esq. (by email to drenner@bakerlaw.com)
Marco Molina, Esq. (by email to mmolina@bakerlaw.com)
Charles C. Platt, Esq. (by email to charles.platt@wilmerhale.com)
Jacob David Zetlin-Jones, Esq. (by email to david.zetlin-jones@wilmerhale.com)
Michael G. Bongiorno, Esq. (by email to michael.bongiorno@wilmerhale.com)
Caroline H. Bullerjahn, Esq. (by email to cbullerjahn@goodwinprocter.com)
Ai Tajima, Esq. (by email to atajima@goodwinprocter.com)

GOODWIN | PROCTER