UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARYLEBONE PCC LIMITED—ROSE 2
FUND ON BEHALF OF ITSELF AND ALL
SIMILARLY SITUATED PERSONS,

    Plaintiff,

vs.

MILLENNIUM GLOBAL INVESTMENTS,
LTD.; MILLENNIUM ASSET
MANAGEMENT, LTD.; MICHAEL R.
BALBOA; GLOBEOP FINANCIAL
SERVICES, LTD.; BCP SECURITIES LLC;
XYZ CORP.

    Defendants.

Case No. 1:12-CV-03835-PAC



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-22-13

## STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO REPLY TO NON-SETTLING DEFENDANTS' PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT BCP SECURITIES LLC

WHEREAS Plaintiff Marylebone PCC Limited – Rose 2 Fund filed a Motion for Preliminary Approval of Settlement with Defendant BCP Securities LLC on December 20, 2012 (the "Motion");

WHEREAS Defendants Millennium Global Investments Limited, Millennium Asset Management Limited, GlobeOp Financial Services LLC, GlobeOp Financial Services Ltd., and SS&C Technologies, Inc. (collectively, the "Non-Settling Defendants") filed their objection to the Motion on January 17, 2013 ("Objection");

WHEREAS the current deadline for Plaintiff to respond to the Objection is January 24, 2013;

WHEREAS Plaintiff's counsel is evaluating the legal arguments raised in the Objection and has multiple competing deadlines in other matters over the next two weeks;

WHEREAS counsel for the Non-Settling Defendants consent to extending the deadline for the Plaintiff to respond to the Objection until February 14, 2013;

WHEREAS this is the Plaintiff's first request for adjournment of the time to respond to the Objection;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that:

(1) The Plaintiff shall have up to and including February 14, 2013 to respond to the Objection.

Dated: January 18, 2013

MARYLEBONE PCC LIMITED
- ROSE 2 FUND

By its attorney,

/s/ Kevin D. Galbraith

Kevin D. Galbraith
Zamansky & Associates LLC
50 Broadway, 32nd Floor
New York, New York 10004
Tel.: 212.742.1414
Fax. 212.742.1177
kevin@zamansky.com

MILLENNIUM GLOBAL INVESTMENTS
LIMITED, MILLENNIUM ASSET
MANAGEMENT LIMITED

By their attorneys,

Deborah S. Birnbach / kDG

Deborah S. Birnbach
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
dbirnbach@goodwinprocter.com

The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 813-8800
Fax: (212) 355-3333

GLOBEOP FINANCIAL SERVICES LLC,
GLOBEOP FINANCIAL SERVICES LTD.,
SS&C TECHNOLOGIES, INC.

By their attorney,

Michael G. Bongiorno / kDG

Michael G. Bongiorno
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com

SO ORDERED this 22 day of January, 2013

_____
The Honorable Paul A. Crotty
United States District Judge