UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED – ROSE 2 FUND, on behalf of itself and all similarly situated persons,<br><br>              Plaintiff,<br><br>      vs.<br><br>MILLENNIUM GLOBAL INVESTMENTS LTD., MILLENNIUM ASSET MANAGEMENT LTD., MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES LTD., GLOBEOP FINANCIAL SERVICES LLC, SS&C TECHNOLOGIES, INC., BCP SECURITIES LLC and XYZ CORP.,<br><br>              Defendants. | Case No. 12-CV-3835 (PAC) |

## CERTIFICATE OF SERVICE

I, David A. Straite, hereby certify that on February 14, 2013, I caused a true and correct copy of the Plaintiff's Response to Objection of Non-Settling Defendants to Plaintiff's Motion for Preliminary Approval of Settlement with Defendant BCP Securities LLC in the above-captioned action to be served via CM/ECF on the following counsel:

**GOODWIN PROCTER, LLP**
Deborah Sager Birnbach
53 State Street, Exchange Place
Boston, MA 02109

*Attorneys for Millennium Global Investments & Ltd. Millennium Asset Management Ltd.*

**WILMER, CUTLER, HALE & DORR, L.L.P.**
Charles C. Platt
Jacob David Zetlin-Jones
Michael G. Bongiorno
7 World Trade Center
New York, NY 10007

*Attorneys for GlobeOp Financial Services Ltd.*

7601-1

**BAKER & HOSTETLER LLP**
Deborah Hilarie Renner
Marc Dennis Powers
Mark Allen Kornfeld
Marco Molina
45 Rockefeller Plaza
New York, NY 10001

*Attorneys for BCP Securities LLC*

In addition, I hereby certify that on February 14, 2013, I caused the the Plaintiff's Response to Objection of Non-Settling Defendants to Plaintiff's Motion for Preliminary Approval of Settlement with Defendant BCP Securities LLC to be served via Overnight FedEx on Defendant Michael R. Balboa at the following addresses:

| | |
|---|---|
| Michael R. Balboa | c/o: Joseph Tacopina, Esq. |
| 251 Altessa Blvd., | **TACOPINA, SIEGEL & TURANO** |
| Melville, NY 11747 | 275 Madison Ave. |
| | New York, NY, 10016 |

Dated: February 14, 2013        By:      */s/ David A. Straite*

**STEWARTS LAW US LLP**
David A. Straite
535 Fifth Avenue, 4th Floor
New York, New York 10017
Tel.: (212) 897-3730
Fax: (212) 897-3733
*dstraite@stewartslaw.com*

*Co-Counsel for Plaintiff*

7601-1