Crotty, P.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARYLEBONE PCC LIMITED—ROSE 2
FUND ON BEHALF OF ITSELF AND ALL
SIMILARLY SITUATED PERSONS,

          Plaintiff,

vs.

MILLENNIUM GLOBAL INVESTMENTS,
LTD.; MILLENNIUM ASSET
MANAGEMENT, LTD.; MICHAEL R.
BALBOA; GLOBEOP FINANCIAL
SERVICES, LTD.; BCP SECURITIES LLC;
XYZ CORP.

          Defendants.

Case No. 1:12-CV-03835-PAC

STIPULATION AND ~~PROPOSED~~
ORDER

## STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR DEFENDANT BCP SECURITIES LLC TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

**WHEREAS** Plaintiff Marylebone PCC Limited – Rose 2 Fund ("Plaintiff") filed its Complaint on or about May 14, 2012;

**WHEREAS** Defendants Millennium Global Investments Limited and Millennium Asset Management Limited (together, "Millennium"), GlobeOp Financial Services, Ltd. ("GlobeOp"), and BCP Securities LLC ("BCP") agreed to answer, move, or otherwise respond to the Complaint on or before July 31, 2012, pursuant to a court-ordered stipulation among the parties;

**WHEREAS** on July 25, 2012, Plaintiff and Millennium, GlobeOp, and BCP signed a Stipulation Extending Time for Defendants to Answer, Move, or Otherwise Respond to the Complaint to no later than November 2, 2012;

**WHEREAS** Plaintiff filed an amended complaint on August 31, 2012 (the "Amended Complaint");

**WHEREAS** on October 22, 2012, Plaintiff and BCP signed a Stipulation Extending Time for BCP to Answer, Move, or Otherwise Respond to the Amended Complaint no later than November 21, 2012;

**WHEREAS** on November 19, 2012, Plaintiff and BCP signed a Stipulation Extending Time for BCP to Answer, Move, or Otherwise Respond to the Amended Complaint no later than January 31, 2013;

**WHEREAS** BCP and Plaintiff have reached a settlement;

**WHEREAS** on December 20, 2012, the Plaintiff filed a Motion for Preliminary Approval of Settlement with BCP ("Motion");

**WHEREAS** the Court has not yet ruled on the Motion; and

**WHEREAS** this is BCP's fourth request for adjournment of the time to respond to the Amended Complaint.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, that:

(1) In light of the pending Motion, BCP shall have up to and including September 5, 2013 to answer, move, or otherwise respond to the Amended Complaint; and

(2) This Stipulation and Proposed Order is being filed for scheduling purposes, does not seek any relief from the Court, and does not waive any rights or defenses (including but not limited to personal jurisdiction defenses) that BCP may have with respect to the Complaint or Amended Complaint.

Dated: New York, New York
       April 29, 2013

| ZAMANSKY & ASSOCIATES LLC | BAKER & HOSTETLER LLP |
|---|---|
| *Jacob H. Zamansky (DC)* | *[signature]* |
| Jacob H. Zamansky | Marc D. Powers |
| jake@zamansky.com | mpowers@bakerlaw.com |
| Zamansky & Associates LLC | Mark A. Kornfeld |
| 50 Broadway, 32nd Floor | mkornfeld@bakerlaw.com |
| New York, New York 10004 | Deborah H. Renner |
| Telephone: (212) 742-1414 | drenner@bakerlaw.com |
| Fax: (212)742-1177 | Baker & Hostetler LLP |
|  | 45 Rockefeller Plaza |
|  | New York, New York  10111 |
|  | Telephone: (212) 589-4200 |
|  | Facsimile: (212) 589-4201 |
| *Attorneys for Plaintiff* | *Attorneys for BCP Securities LLC* |

SO ORDERED, this  29  day of April, 2013

_____
The Honorable Paul A. Crotty
United States District Judge