UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARYLEBONE PCC LIMITED—ROSE 2 FUND
ON BEHALF OF ITSELF AND ALL SIMILARLY
SITUATED PERSONS,

    Plaintiff,

vs.

MILLENNIUM GLOBAL INVESTMENTS LTD.,
MILLENNIUM ASSET MANAGEMENT LTD.,
MICHAEL R. BALBOA, GLOBEOP FINANCIAL
SERVICES LLC, GLOBEOP FINANCIAL
SERVICES LTD., SS&C TECHNOLOGIES, INC.,
BCP SECURITIES LLC and XYZ CORP.

    Defendants.

Case No. 1:12-CV-03835 (PAC)



## NOTICE OF WITHDRAWAL AND PROPOSED ORDER

PLEASE TAKE NOTICE that, subject to the approval of this Court, Stewarts Law US LLP, 535 Fifth Avenue, Fourth Floor, New York, NY 10007, and its attorneys appearing in the above-captioned matter, hereby withdraw as counsel for Plaintiff Marylebone PCC Limited-Rose 2 Fund ("Plaintiff"), effective as of the date indicated below.

Attached is an affidavit of withdrawing counsel in accordance with Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York explaining that the attorneys listed for Stewarts Law are leaving the firm and Plaintiff will continue to be represented by counsel who are members of the bar of this Court.

Dated: May 10, 2013

9839-1

Respectfully submitted,

**STEWARTS LAW US LLP**

By: /s/ *Ralph N. Sianni*
Ralph N. Sianni
535 Fifth Avenue, 4th Floor
New York, NY 10017
Tel.: (212) 897-3730
Fax: (212) 897-3733
*rsianni@stewartslaw.com*
***Additional Counsel for Plaintiffs***

**ZAMANSKY & ASSOCIATES LLC**
Jacob H. Zamansky
Edward H. Glenn, Jr.
Kevin D. Galbraith
50 Broadway, 32nd Floor
New York, NY 10004
Telephone: (212) 742-1414
Facsimile: (212) 742-1177
*jake@zamansky.com*
***Interim Lead Counsel***

SO ORDERED    5-13-13

_____
U.S.D.J.

TO:

Jacob H. Zamansky
Kevin Galbraith
Edward H. Glenn
Zamansky & Associates LLC
50 Broadway
32nd Floor
New York, NY 10004

9839-1