UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED – ROSE 2 FUND, on behalf of itself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM GLOBAL INVESTMENTS LTD., MILLENNIUM ASSET MANAGEMENT LTD., MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES LTD., BCP SECURITIES LLC and XYZ CORP.,<br><br>Defendants. | Case No. 12-CV-3835 (PAC)<br><br>(ECF Case)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that in the above-captioned litigation, Douglas I. Cuthbertson of the law firm of Lieff Cabraser Heimann & Bernstein, LLP, enters his appearance in the above-captioned action as counsel of record for Plaintiff MARYLEBONE PCC LIMITED – ROSE 2 FUND, on behalf of itself and all similarly situated persons, and requests that copies of all future orders, notices, pleadings, and other documents filed in this action be provided to him.

Dated:  New York, NY
June 19, 2013

By:   /s/ *Douglas I. Cuthbertson*
    Douglas I. Cuthbertson (DC 1004)

Douglas I. Cuthbertson (DC 1004)
dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: (212) 355-9500
Fax: (212) 355-9592

*Counsel for the Plaintiff*

1118920.1