# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED – ROSE 2 FUND ON BEHALF OF ITSELF AND ALL SIMILARLY SITUATED PERSONS,<br><br>Plaintiff,<br><br>- against -<br><br>MILLENNIUM GLOBAL INVESTMENTS, LTD.; MILLENNIUM ASSET MANAGEMENT, LTD.; MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES, LTD.; BCP SECURITIES LLC; XYZ CORP.<br><br>Defendants. | Case No. 1:12-CV-03835-PAC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mark Holland of Goodwin Procter LLP, with offices located at the New York Times Building, 620 Eighth Avenue, New York, NY 10018, hereby appears on behalf of Defendants Millennium Global Investments Limited and Millennium Asset Management Limited in the captioned action. I certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, NY
       July 10, 2013

GOODWIN PROCTER LLP

By: /s/ Mark Holland
    Mark Holland (SBN 1821420)
    (mholland@goodwinprocter.com)

    The New York Times Building
    620 Eighth Avenue
    New York, New York  10018
    Tel:  (212) 813-8800
    Fax: (212) 355-3333

*Counsel for Defendants Millennium
Global Investments Limited and
Millennium Asset Management Limited*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/FCF' system on July 10, 2013 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-CM/ECF registered participants on July 10, 2013.

/s/ Mark Holland
Mark Holland