**Lieff**
**Cabraser**
**Heimann &**
**Bernstein**
Attorneys at Law

USDC SDNY
[DOCUMENT]
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-23-13

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

July 22, 2013

**VIA EMAIL**
*marlon_ovalles@nysd.uscourts.gov*

Honorable Paul A. Crotty
United States District Judge
United States District Court- SDNY
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

BCP's objection to the proposed schedule is overruled and the proposed schedule is adopted

SO ORDERED:

/s/ Paul Crotty  7-23-13
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

RE: *Marylebone PCC Limited- Rose 2 Fund, et al. v. Millennium Global Investments Ltd., et al.*
Civil Action No. 12-CV-3835 (PAC) (SDNY)

Your Honor:

At the status conference before you on July 10th, Plaintiff's counsel and counsel for Defendant BCP Securities LLC ("BCP") addressed you on the pending motion for preliminary approval of a partial settlement with BCP. In light of the forthcoming Amended Complaint that Plaintiff intends to file on or before September 27, and the anticipated motion(s) to dismiss that Defendants may file, Plaintiff respectfully requests that supplemental briefing addressing the partial settlement with BCP be submitted, if necessary, as follows: (i) briefing in support of the partial settlement to be filed 60 days after the Court rules on Defendants' motions to dismiss; (ii) Defendants' opposition briefing, if any, due 60 days thereafter; and (iii) reply briefing in support due 30 days after Defendants' opposition briefing.

Plaintiff's counsel have conferred with Defense counsel. Defendants Millennium Global Investments Ltd and GlobeOp Financial are in agreement with the foregoing proposed schedule. Defendant BCP objects to the schedule, for the reasons identified at the status conference, and reserves its right to raise before the Court consideration of the settlement prior to rulings on the motions to dismiss.

Respectfully,

*Jacob H. Zamansky* /NO
Jacob H. Zamansky
ZAMANSKY & ASSOCIATES, LLC

*Steven E. Fineman* /NO
Steven E. Fineman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

*Counsel for Plaintiff and Proposed Interim Co-Lead Counsel*

cc: Defense Counsel

1123212.1
San Francisco        New York        Nashville        www.lieffcabraser.com