UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | |
|---|---|
| Marylebone PCC Limited -- Rose 2 Fund             Plaintiff, | Case No. 1:12-cv-03835 (PAC) |
| -against- | |
| Millennium Global Investments, Ltd., et al.            Defendant. | |

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

David A. Straite<br>_____<br>FILL IN ATTORNEY NAME

My SDNY Bar Number is: DS-0114            My State Bar Number is 3024551

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Stewarts Law US LLP
            FIRM ADDRESS: 535 Fifth Ave., 4th Fl., New York, NY 10017
            FIRM TELEPHONE NUMBER: (212) 897-3730
            FIRM FAX NUMBER: (212) 897-3733

NEW FIRM:   FIRM NAME: Kaplan Fox & Kilsheimer LLP
            FIRM ADDRESS: 850 Third Ave., New York, NY 10022
            FIRM TELEPHONE NUMBER: (212) 687-1980
            FIRM FAX NUMBER: (212) 687-7714

[ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[✓] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on May 13, 2013 by Judge Paul A. Crotty.

Dated: Aug. 7, 2013

_____
ATTORNEY'S SIGNATURE