

**ZAMANSKY LLC**
*Attorneys at Law*
50 Broadway - 32nd Floor
New York, New York 10004
Telephone (212) 742-1414
Facsimile (212) 742-1177
E-Mail: Jake@Zamansky.com
Website: www.Zamansky.com

*Jacob H. Zamansky*
*Edward H. Glenn, Jr.*
*Samuel Bonderoff*
*August M. Iorio*

September 24, 2013

**VIA ECF**

Honorable Paul A. Crotty
United States District Judge
United States District Court- SDNY
500 Pearl Street
New York, NY 1 0007

　　　　　RE:　*Marylebone PCC Limited- Rose 2 Fund, et al.*
　　　　　　　　*v. Millennium Global Investments Ltd., et al.*
　　　　　　　　**Civil Action No. 12-CV-3835 (PAC) (SDNY)**

Your Honor:

　　　　Plaintiff's counsel respectfully writes to request a thirty (30) day extension of time to file its Second Amended Complaint. Per Your Honor's July 10, 2013 Minute Entry, the Second Amended Complaint must be filed by September 27, 2013. If Plaintiff's request is granted, the revised deadline for filing the Second Amended Complaint will be Monday, October 28, 2013.

　　　　This is Plaintiff's first request for an extension. We have consulted with counsel for each Defendant: Millennium Global Investments, Ltd and Millennium Asset Management Ltd., GlobeOp Financial Services Ltd., and BCP Securities LLC. Defendants' counsel do not object to this request.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　/s/ Jacob H. Zamansky
　　　　　　　　　　　　　　　　　　　　Jacob H. Zamansky
　　　　　　　　　　　　　　　　　　　　ZAMANSKY LLC
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and Proposed Interim Co-Lead Counsel*

cc:　　All Counsel