# ZAMANSKY LLC

*Attorneys at Law*
*50 Broadway - 32nd Floor*
*New York, New York 10004*
*Telephone (212) 742-1414*
*Facsimile (212) 742-1177*
*E-Mail: Jake@Zamansky.com*
*Website: www.Zamansky.com*

Jacob H. Zamansky
Edward H. Glenn, Jr.
Samuel Bonderoff
August M. Iorio

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-23-13

October 22, 2013

**VIA ECF**

Honorable Paul A. Crotty
United States District Judge
United States District Court- SDNY
500 Pearl Street
New York, NY 10007

SO ORDERED: 10-23-13

/s/ Paul A. Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

RE: *Marylebone PCC Limited- Rose 2 Fund, et al.*
*v. Millennium Global Investments Ltd., et al.*
Civil Action No. 12-CV-3835 (PAC) (SDNY)

Your Honor:

Plaintiff's counsel respectfully writes to request a thirty (30) day extension of time to file its Second Amended Complaint. Per Your Honor's July 10, 2013 Minute Entry, the Second Amended Complaint was due to be filed by September 27, 2013. In September, Plaintiff sought, and Your Honor granted, an initial extension and the deadline for filing the Second Amended Complaint is currently Monday, October 28, 2013. Should the Court grant the instant request, the Second Amended Complaint will be due on Wednesday, November 27, 2013.

As noted above, this is Plaintiff's second request for an extension. We have consulted with counsel for each Defendant: Millennium Global Investments Ltd and Millennium Asset Management Ltd., GlobeOp Financial Services Ltd., and BCP Securities LLC. Defendants' counsel do not object to this request. The parties' efforts to mediate the litigation have continued throughout the summer and fall and we are making progress towards a settlement. It is the parties' intention to reach agreement during the upcoming weeks and thereby obviate the need for the filing of an amended pleading.

Respectfully,

/s/ Jacob H. Zamansky
Jacob H. Zamansky
ZAMANSKY & ASSOCIATES, LLC
*Counsel for Plaintiff and Proposed Interim Co-Lead Counsel*

cc: All Counsel

**MEMO ENDORSED**