

**ZAMANSKY LLC**
*Attorneys at Law*
50 Broadway - 32nd Floor
New York, New York 10004
Telephone (212) 742-1414
Facsimile (212) 742-1177
E-Mail: Jake@Zamansky.com
Website: www.Zamansky.com

*Jacob H. Zamansky*
*Edward H. Glenn, Jr.*
*Samuel Bonderoff*
*August M. Iorio*

November 26, 2013

Honorable Paul A. Crotty
United States District Judge
United States District Court- SDNY
500 Pearl Street
New York, NY 1 0007

RE:   *Marylebone PCC Limited- Rose 2 Fund, et al.*
      *v. Millennium Global Investments Ltd., et al.*
      Civil Action No. 12-CV-3835 (PAC) (SDNY)

Your Honor:

Plaintiff's counsel respectfully writes to inform the Court that the parties have reached a tentative agreement to resolve the pending litigation and, with the consent of all parties, seeks to remove from the calendar the pending deadline – of November 27, 2013 – for filing its Second Amended Complaint. The parties are in the process of preparing a settlement agreement and preliminary approval papers, which we anticipate filing in mid to late January, 2014.

We would be pleased to advise the Court further should Your Honor request additional information at this time.

Respectfully,

Jacob H. Zamansky
ZAMANSKY LLC
*Counsel for Plaintiff and Proposed Interim Co-Lead Counsel*

cc:   All Counsel
1142572.1