UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED – ROSE 2 FUND ON BEHALF OF ITSELF AND ALL SIMILARLY SITUATED PERSONS,<br><br>   Plaintiff,<br><br>- against -<br><br>MILLENNIUM GLOBAL INVESTMENTS, LTD.; MILLENNIUM ASSET MANAGEMENT, LTD.; MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES, LTD.; BCP SECURITIES LLC; XYZ CORP.<br><br>   Defendants. | Case No. 1:12-cv-3835 (PAC) |

## NOTICE OF APPEARANCE

Please enter the appearance of Ai Tajima, of Goodwin Procter LLP, as counsel for Defendants Millennium Global Investments Limited and Millennium Asset Management Limited in the above-captioned matter.  I certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: February 18, 2014
       Boston, Massachusetts

                              Respectfully submitted,

                              By: _s/ Ai Tajima_____
                                  Ai Tajima
                                  GOODWIN PROCTER LLP
                                  Exchange Place
                                  Boston, MA 02109
                                  Tel: (617) 570-1921
                                  Fax: (617) 523-1231
                                  Email: atajima@goodwinprocter.com

                                  *Counsel for Defendants Millennium Global Investments Limited and Millennium Asset Management Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/FCF' system on February 18, 2014 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-CM/ECF registered participants on February 18, 2014.

/s/ Ai Tajima
Ai Tajima