UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED—ROSE 2 FUND ON BEHALF OF ITSELF AND ALL SIMILARLY SITUATED PERSONS,<br><br>Plaintiff,<br><br>-against-<br><br>MILLENNIUM GLOBAL INVESTMENTS LTD., MILLENNIUM ASSET MANAGEMENT LTD., MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES LLC, GLOBEOP FINANCIAL SERVICES LTD., SS&C TECHNOLOGIES, INC., BCP SECURITIES LLC and XYZ CORP.,<br><br>Defendants. | Case No. 12-cv-3835 (PAC)<br><br>**CERTIFICATE OF SERVICE** |

I, Douglas I. Cuthbertson, an attorney admitted to practice before this Court and co-counsel for Plaintiff Marylebone PCC Limited – Rose 2 Fund in the above-captioned action, hereby certify that I caused the following documents to be served on Defendants Michael R. Balboa. at 251 Altessa Blvd., Melville, NY, 11747 via overnight delivery service on February, 19, 2014.

1. Notice of Motion for Preliminary Approval of the Combined Class Action Settlement (Dkt. No. 71);

2. Plaintiff's Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of the combined Class Action Settlement (Dkt. No. 72); and

3. Declaration of Nicholas Diamand in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement (Dkt. No. 73).

1150151.1

In addition, I caused the same documents to be sent via overnight delivery service to Joseph Tacopina, counsel for Defendant Balboa in two related actions in this Court in which Balboa is a defendant, at Tacopina, Siegel & Turano, 275 Madison Ave., New York, NY, 10016.

Dated: New York, New York
       February 20, 2014

_____
Douglas I. Cuthbertson