UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED—ROSE 2 FUND ON BEHALF OF ITSELF AND ALL SIMILARLY SITUATED PERSONS,<br><br>Plaintiff,<br><br>-against-<br><br>MILLENNIUM GLOBAL INVESTMENTS LTD., MILLENNIUM ASSET MANAGEMENT LTD., MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES LLC, GLOBEOP FINANCIAL SERVICES LTD., SS&C TECHNOLOGIES, INC., BCP SECURITIES LLC and XYZ CORP.,<br><br>Defendants. | Case No. 12-cv-3835 (PAC)<br><br>**CERTIFICATE OF SERVICE** |

    I, Douglas I. Cuthbertson, an attorney admitted to practice before this Court and co-counsel for Plaintiff Marylebone PCC Limited – Rose 2 Fund in the above-captioned action, hereby certify that I caused the following documents to be served on BGC Partners Inc. ("BGC"), which acquired Mint Partners, a putative Defendant in the above referenced action named as "XYZ Corp," at BGC's registered agent at BGC Partners, Inc. c/o, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801via overnight delivery service on February 19, 2014.

    1.    Notice of Motion for Preliminary Approval of the Combined Class Action Settlement (Dkt. No. 71);

    2.    Plaintiff's Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of the combined Class Action Settlement (Dkt. No. 72); and

      3.      Declaration of Nicholas Diamand in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement (Dkt. No. 73).

Dated: New York, New York
       February 20, 2014

_____
Douglas I. Cuthbertson