UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED—ROSE 2 FUND ON BEHALF OF ITSELF AND ALL SIMILARLY SITUATED PERSONS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MILLENNIUM GLOBAL INVESTMENTS, LTD.; MILLENNIUM ASSET MANAGEMENT, LTD.; MICHAEL R. BALBOA; GLOBEOP FINANCIAL SERVICES, LTD.; BCP SECURITIES LLC; XYZ CORP.<br><br>　　　　　Defendants. | Case No. 1:12-CV-03835-PAC |

## NOTICE OF WITHDRAWAL OF OBJECTION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT

In light of the pending Motion for Preliminary Approval of the Combined Class Action Settlement [Docket No. 71], Defendants Millennium Global Investments Ltd., Millennium Asset Management Ltd., GlobeOp Financial Services LLC, GlobeOp Financial Services Ltd., and SS&C Technologies, Inc. hereby withdraw as moot their Objection to Plaintiff's Motion for Preliminary Approval of Partial Settlement [Docket No. 47], as the Motion for Preliminary Approval of the Partial Settlement with Defendant BCP Securities LLC [Docket No. 41] is superseded by the Motion for Preliminary Approval of the Combined Class Action Settlement. *See* Pl.'s Mem. of Law in Supp. of Mot. for Prelim. Approval of Combined Settlement 1, n.1, ECF No. 72.

Respectfully submitted,

| | |
|---|---|
| MILLENNIUM GLOBAL INVESTMENTS LTD. AND MILLENNIUM ASSET MANAGEMENT LTD. | GLOBEOP FINANCIAL SERVICES LLC, GLOBEOP FINANCIAL SERVICES LTD., AND SS&C TECHNOLOGIES, INC. |
| By their attorneys, | By their attorneys, |
| /s/ Deborah S. Birnbach | |
| Deborah S. Birnbach | Michael G. Bongiorno |
| GOODWIN PROCTER LLP | WILMER CUTLER PICKERING |
| 53 State Street |    HALE AND DORR LLP |
| Boston, Massachusetts 02109 | 7 World Trade Center |
| Tel: 617.570.1000 | 250 Greenwich St. |
| Fax: 617.523.1231 | New York, NY 10007 |
| E-mail: dbirnbach@goodwinprocter.com | Tel: 212.230.8800 |
| | Fax: 212.230.8888 |
| | E-mail: michael.bongiorno@wilmerhale.com |
| The New York Times Building | |
| 620 Eighth Avenue | |
| New York, NY 10018 | |
| Tel: (212) 813-8800 | |
| Fax: (212) 355-3333 | |

Dated: February 21, 2014

## CERTIFICATE OF SERVICE

    I hereby certify that on February 21, 2014, I caused this Notice to be served by electronic means, via the Court's ECF system, on all counsel registered to receive electronic notices. I also certify that I have caused a copy of the aforementioned document to be served via first class mail, postage prepaid upon the non-CM/ECF participants.

Dated: February 21, 2014
       New York, New York                               /s/    Deborah S. Birnbach
                                                                        Deborah S. Birnbach