**Lieff**
**Cabraser**
**Heimann &**
**Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

April 2, 2014

Nicholas Diamand
Partner
ndiamand@lchb.com

**VIA ECF**

Honorable Paul A. Crotty
United States District Judge
United States District Court–SDNY
Daniel Patrick Moynihan United States Courthouse, Room 1350
500 Pearl Street
New York, NY 10007-1312

      RE:    *Marylebone PCC Limited- Rose 2 Fund, et al. v.*
               *Millennium Global Investments Ltd., et al.*
               Civil Action No. 12-CV-3835 (PAC) (SDNY)

Your Honor:

      Our firm, together with Zamansky and Associates, represents Plaintiff in the above-captioned matter. We write on behalf of all parties respectfully to request that the Court postpone the recently re-scheduled hearing to discuss our unopposed motion for preliminary approval of the combined class action settlement from April 15, 2014 at 3:15 p.m. to Monday, April 28, 2014, at a time to be determined by the Court. Regrettably, various lawyers are unavailable on the 15th. This is the parties' first request to reschedule this hearing date.

                              Very truly yours,

                              *Nicholas Diamand*
                              Nicholas Diamand

ND/wp
1168668.1