# GOODWIN | PROCTER

Ai Tajima
617.570.1921
atajima@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

April 4, 2014

**VIA ECF**

The Honorable Paul A. Crotty
United States District Court
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-4-14

Re:   *Marylebone PCC Limited – Rose 2 Fund v. Millennium Global Investments Ltd., et al.,*
      Civil Action No. 12-CV-3835 (PAC)

Dear Judge Crotty:

We represent Defendants Millennium Global Investments Limited and Millennium Asset Management Limited in the above-referenced action. On behalf of all parties, we write to inform the Court that the parties are available to attend the conference to discuss the unopposed motion for preliminary approval of the class action settlement in the morning of April 8, 2014. Alternatively, the parties are available on April 21, 2014 (all day).

Thank you for your attention to this matter.

Very truly yours,

/s/ Ai Tajima
Ai Tajima

Application GRANTED. The conference is adjourned to 4/21/14 at 3:00pm in Courtroom 11-D.

4-4-14
SO ORDERED:
/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE