**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

April 22, 2014

Nicholas Diamand
Partner
ndiamand@lchb.com

**VIA ECF**

Honorable Paul A. Crotty
United States District Judge
United States District Court–SDNY
Daniel Patrick Moynihan United States Courthouse, Room 1350
500 Pearl Street
New York, NY 10007-1312

   RE: *Marylebone PCC Limited- Rose 2 Fund, et al. v.*
      *Millennium Global Investments Ltd., et al.*
     Civil Action No. 12-CV-3835 (PAC) (SDNY)

Your Honor:

  Our firm, together with Zamansky LLC, represents Plaintiff and the putative class in the above-captioned matter. We write, pursuant to this Court's April 21, 2014 Minute Entry (*see* Dkt. No. 82), following our appearance before you yesterday regarding Plaintiff's Motion for Preliminary Approval of the Combined Class Settlement, to notify the Court of Plaintiff's counsel's communication this morning with counsel for BGC Partners, Inc., which purchased non-settling Defendant Mint Partners, LP, ("Mint") (named in the complaint as "XYZ Corp.").

  Based on communications today and previous ones between Plaintiff's counsel's and BGC's counsel, pursuant to FRCP 41 and pending this Court's final approval of the proposed Settlement before this Court, Plaintiff hereby seeks to voluntarily dismiss Mint from this action. Plaintiff will therefore voluntarily dismiss Mint from this action by filing a notice of dismissal within three business days of this Court's final approval of the settlement.

  Plaintiff's counsel have notified counsel for the settling defendants who appeared before you yesterday – Millennium, GlobeOp and BCP – of our decision.

       Very truly yours,

       *Nicholas Diamand*

       Nicholas Diamand

ND/wp
1171337.2