UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED—ROSE 2 FUND ON BEHALF OF ITSELF AND ALL SIMILARLY SITUATED PERSONS,<br><br>Plaintiff,<br><br>-against-<br><br>MILLENNIUM GLOBAL INVESTMENTS LTD., MILLENNIUM ASSET MANAGEMENT LTD., MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES LLC, GLOBEOP FINANCIAL SERVICES LTD., SS&C TECHNOLOGIES, INC., BCP SECURITIES LLC and XYZ CORP.,<br><br>Defendants. | Case No. 12-cv-3835 (PAC)<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT XYZ CORP.<br><br> |

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(i), Plaintiff Marylebone PCC Limited -- Rose 2 Fund ("Plaintiff"), on behalf of itself and a proposed Settlement Class, voluntarily dismisses, with prejudice, all claims asserted against Defendant XYZ Corp. (now known to be Defendant Mint Partners, LP), in the above-captioned action. Nothing in this voluntary dismissal is, or shall be construed as, a dismissal of any of Plaintiff's claims against any other defendant in this action.

Dated:  New York, New York
       April 23, 2014

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   */s/ Steven E. Fineman*

Steven E. Fineman (SF-8481)
Nicholas Diamand (ND-9701)
Douglas I. Cuthbertson (DC-1004)
250 Hudson Street, 8th Floor
New York, New York 10013-14137
Tel: (212) 355-9500
Fax: (212) 355-9592
sfineman@lchb.com
ndiamand@lchb.com
dcuthbertson@lchb.com

ZAMANSKY LLC

Jacob H. Zamansky
50 Broadway, 32nd Floor
New York, NY 10004
Tel: (212) 742-1414
Fax: (212) 742-1177
jake@zamansky.com

*Counsel for Marylebone PCC Limited – Rose 2 Fund*

SO ORDERED:   04/24/14

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE