UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED – ROSE 2 FUND, on behalf of itself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM GLOBAL INVESTMENTS LTD., MILLENNIUM ASSET MANAGEMENT LTD., MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES LLC, GLOBEOP FINANCIAL SERVICES LTD., SS&C TECHNOLOGIES, INC., BCP SECURITIES LLC AND XYZ CORP.,<br><br>Defendants. | Case No. 12-CV-3835 (PAC)<br><br>(ECF Case)<br><br>**NOTICE OF UNOPPOSED MOTION FOR (1) FINAL APPROVAL OF THE COMBINED SETTLEMENT; (2) CERTIFICATION OF THE COMBINED SETTLEMENT CLASS; AND (3) APPROVAL OF DISTRIBUTION OF SETTLEMENT FUNDS** |

Plaintiff Marylebone PCC Limited -- Rose 2 Fund ("Plaintiff"), on behalf of itself and the Settlement Class, respectfully moves the Court, in Courtroom 11D of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York, at 4.45 pm on July 7, 2014, for an order finally approving the class action settlement (the "Combined Settlement") between Plaintiff and Defendants Millennium Global Investments Ltd., Millennium Asset Management Ltd., GlobeOp Financial Services, LLC, GlobeOp Financial Services Ltd., SS&C Technologies, Inc., and BCP Securities LLC ("BCP") as preliminarily approved by this Court on April 24, 2014.

Plaintiff requests that this Court: (i) approve the Combined Settlement as fair, reasonable, and adequate; (ii) grant final certification of the Settlement Class for settlement purposes only and; (iii) approve the distribution of the settlement funds.

1181496.2

This Motion is based upon: (a) the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for (1) Final Approval of the Combined Settlement; (2) Certification of the Settlement Class; and (3) Approval of the Distribution of Settlement Funds; and (b) the Declaration of Nicholas Diamand, Esq. dated June 30, 2014 and exhibits thereto, including the Proposed Final Order and Judgment.

Dated: New York, New York
June 30, 2014

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:  /s/ Steven E. Fineman

Steven E. Fineman (SF-8481)
Nicholas Diamand (ND-9701)
Douglas I. Cuthbertson (DC-1004)
250 Hudson Street, 8th Floor
New York, New York 10013-14137
Tel: (212) 355-9500
Fax: (212) 355-9592
sfineman@lchb.com
ndiamand@lchb.com
dcuthbertson@lchb.com

ZAMANSKY & ASSOCIATES, L.L.C.

Jacob H. Zamansky
50 Broadway, 32nd Floor
New York, NY 10004
Tel: (212) 742-1414
Fax: (212) 742-1177
jake@zamansky.com

*Counsel for Marylebone PCC Limited – Rose 2 Fund*