# EXHIBIT 3

| GCG  *Marylebone PCC Limited v. Millennium Global Investments, LTD.*  Weekly Statistics | Cumulative Stats for Project | As of 5/18 | w/e 5/25 | w/e 6/1 | w/e 6/8 | w/e 6/15 | w/e 6/22 | w/e 6/29 |
|---|---|---|---|---|---|---|---|---|
| **Initial Mailing: 4/25/14** | **249** | | | | | | | |
| **Helpline: 877-495-1570 (U.S.) / 614-763-6121 (International)** | | | | | | | | |
| Number of Calls to the IVR | **30** | 14 | 4 | 3 | 3 | 2 | 2 | 2 |
| Total IVR Minutes | **123** | 61 | 12 | 9 | 12 | 6 | 12 | 11 |
| Total Messages/Transcriptions | **17** | 9 | 3 | 3 | 1 | 0 | 0 | 1 |
| **Web Site: www.MillenniumGlobalSettlement.com** | | | | | | | | |
| Number of Visits to the Web Site | **196** | 113 | 27 | 12 | 20 | 9 | 6 | 9 |
| **Returned and Remailed Mail** | | | | | | | | |
| Total Number of Notices Returned with New Address Information from Postal Servise | **0** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Number of Notices Returned with No Forwarding Address Information from Postal Service | **24** | 10 | 0 | 3 | 1 | 2 | 3 | 5 |
| Total Number of Notices Remailed to New or Alternate Address after Further Reseach | **24** | 0 | 1 | 0 | 11 | 4 | 2 | 6 |
| **Exclusions/Objections - Deadline: 6/24/14** | | | | | | | | |
| Total Number of Timely Requests for Exclusion Received | **0** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Number of Requests for Exclusion Received after 6/24/2014 Postmarked Deadline | **0** | | | | | | | 0 |
| Total Number of Timely Objections Received | **0** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Number of Objections Received after 6/24/2014 Received Deadline | **0** | | | | | | | 0 |
| **Claimant Correspondence** | | | | | | | | |
| Total Number of Admin opened, prepped and scanned | **10** | 2 | 3 | 0 | 1 | 4 | 0 | 0 |