UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED – ROSE 2 FUND, on behalf of itself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MILLENNIUM GLOBAL INVESTMENTS LTD., MILLENNIUM ASSET MANAGEMENT LTD., MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES, LLC, GLOBEOP FINANCIAL SERVICES LTD., SS&C TECHNOLOGIES, INC., BCP SECURITIES LLC AND XYZ CORP.,<br><br>Defendants. | Case No. 12-CV-3835 (PAC)<br><br>(ECF Case)<br><br>**NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

The law firms of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB") and Zamansky LLC ("Zamansky") (together "Class Counsel"), respectfully move the Court, in Courtroom 11D of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York, at 4:45 pm on July 7, 2014, for an order for: (1) an award of attorneys' fees in the amount of $3,687,500, representing twenty-five percent (25%) of the portion of the overall $14.75 million settlement that constitutes the Settlement Fund; and (2) reimbursement of $67,432.65 in out-of-pocket expenses that Class Counsel incurred in successfully prosecuting the claims in this action.

This Motion is based upon: (a) the accompanying Memorandum of Law in Support of Class Counsel's Unopposed Motion for (1) Approval of Attorneys' Fees; and (2) Reimbursement of Expenses; (b) the Declaration of Nicholas Diamand, Esq. dated June 30, 2014 and exhibits thereto, including the Proposed Order Granting Class Counsel's Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses.

1182786.1

Dated: New York, New York
June 30, 2014

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Steven E. Fineman

    Steven E. Fineman (SF-8481)
    Nicholas Diamand (ND-9701)
    Douglas I. Cuthbertson (DC-1004)
    250 Hudson Street, 8th Floor
    New York, New York 10013-14137
    Tel: (212) 355-9500
    Fax: (212) 355-9592
    sfineman@lchb.com
    ndiamand@lchb.com
    dcuthbertson@lchb.com

ZAMANSKY & ASSOCIATES, L.L.C.

    Jacob H. Zamansky
    50 Broadway, 32nd Floor
    New York, NY 10004
    Tel: (212) 742-1414
    Fax: (212) 742-1177
    jake@zamansky.com

*Counsel for Marylebone PCC Limited – Rose 2 Fund*