UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYLEBONE PCC LIMITED – ROSE 2 FUND, on behalf of itself and all similarly situated persons,<br><br>                Plaintiff,<br><br>vs.<br><br>MILLENNIUM GLOBAL INVESTMENTS LTD., MILLENNIUM ASSET MANAGEMENT LTD., MICHAEL R. BALBOA, GLOBEOP FINANCIAL SERVICES, LLC, GLOBEOP FINANCIAL SERVICES LTD., SS&C TECHNOLOGIES, INC., BCP SECURITIES LLC AND XYZ CORP.,<br><br>                Defendants. | Case No. 12-CV-3835 (PAC)<br><br>(ECF Case)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: July 7, 2014 |

## [PROPOSED] ORDER GRANTING CLASS COUNSEL'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Having considered Class Counsel's Unopposed Motion for Approval of Attorneys' Fees, the supporting memorandum of law and the Declaration of Nicholas Diamand and exhibits thereto, the oral arguments presented at the July 7, 2014 Fairness Hearing; and the complete record in this matter, for the reasons set forth herein and stated on the record at the Fairness Hearing and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1182975.1

1. The Court adopts all defined terms as set forth in the Stipulation of Settlement (the "Stipulation") and the BCP Settlement together with the subsequent Rider to the BCP Settlement (collectively the "BCP Settlement") for purposes of this Judgment.

2. Lead counsel are hereby awarded $ 3,687,500 in attorneys' fees which the Court finds to be fair and reasonable and $ 67,432.65 in reimbursement of costs and other expenses. The Fee and Expense Award shall be paid to Lead Counsel pursuant to the terms of the Stipulation.

3. The Court finds that the amount of fees requested is fair and reasonable ~~using the~~ "percentage~~-of-fund~~" method, which is consistent with the ~~"trend among District Courts in~~ the Second ~~Circuit." See~~ City of Providence v. Aéropostale, Inc., 11 Civ. 7132, 2014 U.S. Dist. LEXIS 64517, at ~~*32~~ (S.D.N.Y. May 9, 2014).

The percentage fee sought was disclosed to the class of sophisticated investors, none of which objected.

4. ~~Courts in this Circuit, as well as in others, apply the percentage of the fund~~ method ~~to compensate attorneys for successful prosecution~~ of claims in common fund cases. Clark v. Ecolab Inc., 04 Civ. 4488, 06 Civ. 5672, 07 Civ. 8623, 2010 U.S. Dist. LEXIS 47036, at *27 (citing Wal-Mart Stores, 396 F.3d at 122 ("The trend in this Circuit is ~~toward~~ the percentage method . . ."); see In re Imax Secs. Litig., 06 Civ. 6128, 2012 U.S. Dist. LEXIS 10851 6, at *16-17 (S.D.N.Y. Aug. 1, 2012)) (same).

5. The attorneys' fees were ~~entirely contingent~~ upon ~~success in this action.~~ Class Counsel expended ~~significant time and effort and advanced~~ costs and expenses without any guarantee of compensation.

6. The requested attorneys' fees ~~are also reasonable in relation to~~ Class Counsel's lodestar of $1,709,023.20. ~~See Beckman v. KeyBank, N.A., No. 12 Civ. 7836, 2013 U.S. Dist.~~

DATED: New York, New York
July 7, 2014

So ordered,

Paul Crotty
USDJ

1182975.1                                    -1-

-2-

LEXIS 60894, at *36 (S.D.N.Y. Apr. 29, 2013) ("Courts regularly award lodestar multipliers of up to eight times the lodestar and, in some cases, even higher multipliers.").

Dated: New York, New York
         _____, 2014

*PAC*

_____
The Honorable Paul A. Crotty
United States District Judge